In the Matter of the Application of Morgan J. O'Brien
et al., as Executors of John D. Crimmins, Deceased,
Appellants, for a Peremptory Writ of Mandamus
against John P. O'Brien, as Corporation Counsel
of the City of New York, Respondent.

*New York city — street closing — limitation of actions — application
for mandamus to compel corporation counsel to apply for appointment
of commissioners of estimate on street closing denied as barred by
limitation prescribed in section 5 of Street Closing Law.*

Matter of O'Brien (*Woolsey Ave.*), 200 App. Div. 914, affirmed.
(Submitted May 29, 1923; decided June 12, 1923.)

Appeal, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered February 17, 1922, which unan-
imously affirmed an order of Special Term denying a
motion, made under section 4 of the Street Closing Law
(L. 1895, ch. 1006), for a peremptory writ of mandamus
to compel the corporation counsel of the city of New
York to apply for the appointment of commissioners of
estimate to determine the compensation due to the estate
of John D. Crimmins, deceased, by reason of the closing
of Woolsey avenue between Barclay street and the
East river in the borough of Queens. The application
was denied upon the ground that the claim was barred
under section 5 of the Street Closing Law.

*Harry B. Chambers* and *James A. Lynch* for appellants.
*George P. Nicholson,* Corporation Counsel (*Joel J.
Squier* and *William B. R. Faber* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound,
McLaughlin, Crane and Andrews, JJ.